UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC,<br><br>    Plaintiff,<br>v.<br><br>ERKINJON ESONOV,<br><br>    Defendant. | Case No. 23-16878 |

## VERIFIED COMPLAINT

NOW COMES Plaintiff PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC ("PNC") by and through counsel, and for its Verified Complaint against Defendant Erkinjon Esonov, states as follows:

## PARTIES

1. PNC Bank, National Association is a national banking association and is the successor to PNC Equipment Finance, LLC as a result of the merger on May 1, 2022. PNC's main office is located in Wilmington, Delaware

2. Erkinjon Esonov is a citizen of the State of Illinois who, upon information and belief, resides at 1172 Stacey Dr., New Lenox, Illinois 60451.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

1

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2), because a substantial part of the events or omissions giving rise to PNC's claims occurred in this judicial district, and because the Defendant resides in this judicial district.

## FACTS COMMON TO ALL COUNTS

a. **Agreement No. xx5103.**

5. On or about May 13, 2022, PNC, as lender, and non-party Amber Solutions Corp. ("Amber Solutions"), as borrower, entered into Loan & Security Agreement No. xx5103 (the "Agreement") wherein PNC financed Amber Solutions' acquisition of certain equipment as set forth therein, including: five (5) 2023 Stoughton Dry Van Trailers, Vin Nos. 1DW1A5324PSB125405, 1DW1A5326PSB125406, 1DW1A5328PSB125407, 1DW1A532XPSB125408 and 1DW1A5321PSB125409 (the "Collateral"). A true and correct copy of the Agreement and all addenda is attached hereto as Exhibit 1.

6. Pursuant to the Agreement, Amber Solutions agreed to make sixty (60) consecutive monthly payments of $8,316.14, plus applicable taxes. See Agreement attached hereto as Exhibit 1.

7. Pursuant to the Agreement, PNC obtained a first priority security interest in the Collateral. See Agreement, ¶ 6, attached hereto as Exhibit 1.

8. PNC properly perfected its first priority security interest in the Collateral by recording its lien on the Certificate of Title for the Collateral. True and correct copies of the Certificates of Title for the Collateral are attached hereto as Exhibit 2.

9. To induce PNC to enter into the Agreement, Erkinjon Esonov personally guaranteed the obligations of Amber Solutions under the Agreement (the "Personal Guaranty"). A true and correct copy of the Personal Guaranty is attached hereto as Exhibit 3.

10. PNC fully performed its obligations under the Agreement.

11. Amber Solutions failed to make the full payment due October 15, 2022, and all payments due thereafter under the Agreement.

12. The failure to make timely payments is an event of default under the Agreement. See Exhibit 1, ¶ 13.

13. Upon the occurrence of default, PNC is entitled to payment of any and all amounts which may be then due and payable, plus all payments remaining through the end of the Agreement's term discounted at the rate of three percent (3%) per annum, and interest and other additional amounts payable under the Agreement. See Exhibit 1, ¶ 14.

14. PNC is further entitled to payment of late charges. See Exhibit 1, ¶ 3.

15. PNC is also entitled to payment of miscellaneous fees. See Exhibit 1, ¶ 14.

16. PNC is entitled to prejudgment interest in the amount of 18% from the date of default until the date of judgment. See Exhibit 1, ¶ 20.

17. PNC is further entitled to attorneys' fees and costs. See Exhibit 1, ¶ 14.

18. Erkinjon Esonov failed to make payment as required pursuant to his Personal Guaranty of the Agreement.

    **b.** **Bankruptcy Filing by Amber Solutions.**

19. On December 23, 2022, Amber Solutions filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date") in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 22-14825.

20. On January 13, 2023, PNC filed its Motion for Relief from Automatic Stay or, in the Alternative, Motion to Compel Payment of Adequate Protection.

21. On February 14, 2023, PNC file its claim (Claim No. 7-1) in the amount of $317,452.09 in the Amber Solutions' bankruptcy case.

22. On March 15, 2023, the Court granted PNC relief from stay to recover the Collateral: five (5) 2023 Stoughton Dry Van Trailers, Vin Nos. 1DW1A5324PSB125405, 1DW1A5326PSB125406, 1DW1A5328PSB125407, 1DW1A532XPSB125408 and 1DW1A5321PSB125409.

23. PNC has recovered and sold the Collateral and credited Amber Solutions for the net proceeds received in the amount of $185,750.00.

24. After crediting Amber Solutions for all amounts received, the outstanding balance remaining under the Agreement is $131,702.09, plus prejudgment interest and attorneys' fees and costs.

25. On July 26, 2023, the bankruptcy case of Amber Solutions was converted to chapter 7.

26. As of December 12, 2023, the chapter 7 bankruptcy case of Amber Solutions remains pending.

27. Erkinjon Esonov has not filed bankruptcy and remains liable to PNC for all amounts due under his Personal Guaranty.

## ACTION FOR
## BREACH OF GUARANTY AGAINST ERKINJON ESONOV

28. Erkinjon Esonov defaulted under his Personal Guaranty by failing and refusing to make payment when due under the Agreement.

29. As a result of Erkinjon Esonov's default under the Personal Guaranty, PNC is entitled to payment of the outstanding balance remaining under the Agreement of $131,702.09, plus prejudgment interest and attorneys' fees and costs.

4

WHEREFORE, PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC respectfully requests that this Court enter Judgment in its favor and against ERKINJON ESONOV in the amount of $131,702.09, plus prejudgment interest and attorneys' fees and costs, and grant such other and further relief as this Court deems just.

          PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC,

By: /s/ C. Randall Woolley_____
C. Randall Woolley
Darcy & Devassy PC
444 N. Michigan Ave, Suite 3270
Chicago, IL 60611
Tel: (312) 784-2400
Fax; (312) 784-2410
rwoolley@darcydevassy.com

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in the Verified Complaint are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certified as aforesaid that he verily believes the same to be true.

Declared under penalty of perjury this __13__ day of __DECEMBER__, 2023.

_____
Michael McGinley
Vice President - Litigation and Recovery
PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC